697 A.2d 540

STATE OF NEW JERSEY v. JOSEPH COX.

June 30, 1997.

## ORDER

Leave to appeal is granted.

697 A.2d 540

ALLEN J. MUTZIG, ETC. v. MANUEL NIGALAN, M.D., ET AL.

July 11, 1997.

## ORDER

Leave to appeal is granted, the order of the trial court is summarily reversed, and the matter is remanded to the trial court for trial.

697 A.2d 541

STATE OF NEW JERSEY v. ROBERT ROBINSON.

July 15, 1997.

## CORRECTED ORDER

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Law Division for resentencing.